Opinion issued January 15, 2009













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00764-CR

____________


THE STATE OF TEXAS, Appellant


V.


LATRESA MICHELLE MOORE Appellee







On Appeal from the 230th District Court 

Harris County, Texas

Trial Court Cause No. 1089990






MEMORANDUM OPINION

 On December 2, 2008, appellant, Latresa Michelle Moore, filed a motion to
dismiss the above-referenced appeal. The motion complies with the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia (1) and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. Justice Sam Nuchia, who retired from the First Court of Appeals
on January 1, 2009, continues to sit by assignment for the
disposition of this case, which was submitted on January 14,
2009.